# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0223.  SAMUEL FRANKLIN THOMAS v. LISA ANN HALE.**

In this application for discretionary appeal, Samuel Franklin Thomas seeks review of the trial court's order holding him in contempt of the parties' divorce decree.  We lack jurisdiction to consider the application.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because this application appears to fall within the Supreme Court's jurisdiction, it is hereby TRANSFERRED to that Court.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,  02/05/2016

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*